UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN ANDRE WEEMS, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-02015 |
| MARTIN O'MALLEY, | § | |
| Defendant. | § | |

**ORDER**

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on August 15, 2024. Doc. #15. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Plaintiff Kevin Andre Weems' Motion for Summary Judgment (Doc. #13) is DENIED. The Social Security Administration's denial of benefits is hereby AFFIRMED.

It is so ORDERED.

AUG 1 4 2025
Date

The Honorable Alfred H. Bennett
United States District Judge